BADISCHE ANILIN & SODA FABRIK v. MATHESON et al. (Circuit Court, S. D. New York. June 8, 1899.) Motion for Preliminary Injunction. Livingston Gifford, for the motion. Henry P. Wells, opposed.

LACOMBE, Circuit Judge. Judge Coxe has held this patent valid, having before him the very evidence as to the Casella German patent and as to the publications in this country on which defendant seems to rely. 94 Fed. 163. This court therefore starts with the proposition that the patent is valid, and, since it is not disputed that defendant's product responds to all the tests of the patent, it must be held to be an infringement.

BRADDOCK v. LOUCHHEIM et al. (Circuit Court of Appeals, Third Circuit. May 5, 1899.) No. 35. Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania. Dismissed pursuant to the sixteenth rule. See 87 Fed. 287.

FAYERWEATHER et al. v. RITCH et al. (Circuit Court, S. D. New York. June 26, 1899.) Motion to Amend Bill of Complaint. Roger M. Sherman, for the motion. James L. Bishop and C. N. Bovie, opposed.

LACOMBE, Circuit Judge. The motion to amend is granted as prayed. This practically reopens the whole case, and all parties defendant will have 20 days' time after service of the amended bill to plead, answer, or demur thereto. The case being thus reopened, a plea or a demurrer, if interposed, will be considered as a first dilatory pleading, and, in the event of its being overruled, the party interposing it will be allowed to answer. The defendants trustees of Hamilton College may have 20 days to elect whether it will plead, answer, or demur to the amended bill, or whether it will stand on the evidence already taken on the issues raised by its present plea and replication thereto, and the submission thereof heretofore made to this court.

HUI GNOW DOY v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. May 17, 1899.) No. 542. Appeal from the District Court of the United States for the Northern District of California. Dismissed pursuant to the sixteenth rule. See 91 Fed. 1006.